■ ALYSSA PEREZ, Appellant, v GASHO OF JAPAN, INC., et al., Respondents. [23 NYS3d 883]—

Order, Supreme Court, Bronx County (Sharon A.M. Aarons, J.), entered January 9, 2014, which granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Dismissal of the complaint was warranted in this action where plaintiffs allege that infant plaintiff tripped over a bump in a carpet runner in defendants' restaurant. The record shows

that the subject defect was trivial and not actionable, where infant plaintiff's mother described the runner as being "bunched up . . . a little," with "a little lump" (*see Hutchinson v Sheridan Hill House Corp.*, 26 NY3d 66 [2015]; *Trincere v County of Suffolk*, 90 NY2d 976 [1997]; *see also Kwitny v Westchester Towers Owners Corp.*, 47 AD3d 495 [1st Dept 2008]). There is no further detail in the record regarding the alleged defect.

Plaintiffs' remaining contentions are unavailing. Concur—Saxe, J.P., Moskowitz, Richter and Feinman, JJ.